HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
SAPPHIRE YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAPPHIRE YBARRA,<br><br>Defendant. | Case No. 1:21-cr-00232-ADA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**<br><br>Date:  August 3, 2023<br>Time:  2:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for June 28, 2023 at 2:00 p.m. should be continued to August 3, 2023 at 2:00 p.m.

On April 28, 2023, Ms. Ybarra admitted to violating her terms of supervised release as charged in the 12C petition. (ECF Nos. 6, 14). The Court ordered that she be released to Westcare on May 1, 2023. (ECF No. 15). Ms. Ybarra began the 90-day Westcare program on May 1.

Defense counsel and probation indicate that Ms. Ybarra is doing well in the Westcare program, and that a continuance of the status conference will allow her to continue participating in treatment without interruption. The parties anticipate that Ms. Ybarra will complete the Westcare program shortly before the proposed August 3 date.

//

1  Defense counsel and Ms. Ybarra's probation officer are currently working to determine a suitable
2  release plan and expect that plan to be in place before Ms. Ybarra leaves Westcare.
3      In light of the progress that has been made, a continuance of the status conference in this
4  case is in the interest of justice and reflects the most judicious use of the Court's resources.

                                                                     PHILLIP A. TALBERT
                                                                       United States Attorney

DATED:  June 23, 2023                  By */s/ Kirk Sherriff*
                                                                   KIRK SHERRIFF
                                                                   Assistant United States Attorney
                                                                   Attorney for Plaintiff


                                                                   HEATHER E. WILLIAMS
                                                                   Federal Defender

DATED:  June 23, 2023                  By */s/ Laura Myers*
                                                                   LAURA MYERS
                                                                   Assistant Federal Defender
                                                                   Attorney for Defendant
                                                                   SAPPHIRE YBARRA

## ORDER

IT IS HEREBY ORDERED that the status conference scheduled for June 28, 2023 at 2:00 p.m. is continued to **August 3, 2023 at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:  **June 23, 2023**                                 /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE