HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
SAPPHIRE YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00232-ADA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date:  August 17, 2023 |
| SAPPHIRE YBARRA, | Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for August 3, 2023 at 2:00 p.m. should be continued to August 17, 2023 at 2:00 p.m.

On April 28, 2023, Ms. Ybarra admitted to violating her terms of supervised release as charged in the 12C petition. (ECF Nos. 6, 14). The Court ordered that she be released to Westcare on May 1, 2023. (ECF No. 15). Ms. Ybarra began the 90-day Westcare program on May 1.

Defense counsel and probation indicate that Ms. Ybarra completed the Westcare program on July 28 and subsequently moved to a sober living facility. A brief continuance will allow Ms. Ybarra to transition smoothly to her new residence.

In light of the progress that has been made, a continuance of the status conference in this case is in the interest of justice and reflects the most judicious use of the Court's resources.

|   |   |   |
|---|---|---|
|   |   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: July 31, 2023 |   | By */s/ Kirk Sherriff*<br>KIRK SHERRIFF<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 31, 2023 |   | By */s/ Laura Myers*<br>LAURA MYERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>SAPPHIRE YBARRA |

**ORDER**

IT IS SO ORDERED that the status conference is continued from August 3, 2023, to **August 17, 2023, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:  **August 2, 2023**              /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

Ybarra: Stipulation to Continue Status Conference                    -2-