HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
SAPPHIRE YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00232-ADA |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET DISPOSITION HEARING; ORDER** |
| vs. | |
| SAPPHIRE YBARRA, | Date: August 17, 2023<br>Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for August 17, 2023, at 2:00 p.m. should be vacated, and the matter should be scheduled for a disposition hearing on September 11, 2023, at 8:30 a.m.

On April 28, 2023, Ms. Ybarra admitted to violating her terms of supervised release as charged in the 12C petition. (ECF Nos. 6, 14). The Court ordered that she be released to Westcare on May 1, 2023. (ECF No. 15). Ms. Ybarra began the 90-day Westcare program on May 1. Ms. Ybarra completed the Westcare program on July 28 and subsequently moved to a sober living facility.

The parties agree that the matter is now ready to proceed to a disposition hearing. Probation has confirmed that a hearing date of September 11, 2023, will provide enough time to prepare a disposition memorandum.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED:  August 15, 2023          By */s/ Kirk Sherriff*
                                  KIRK SHERRIFF
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  August 15, 2023          By */s/ Laura Myers*
                                  LAURA MYERS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  SAPPHIRE YBARRA

## **ORDER**

IT IS HEREBY ORDERED that the status conference scheduled for August 17, 2023, is vacated.  The matter is set for sentencing on **September 11, 2023, at 8:30 a.m. before District Judge Ana de Alba**.

IT IS SO ORDERED.

Dated:  __**August 15, 2023**__          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE